RA Med. Servs., P.C. v Lancer Ins. Co. (2022 NY Slip Op 50793(U))

[*1]

RA Med. Servs., P.C. v Lancer Ins. Co.

2022 NY Slip Op 50793(U) [76 Misc 3d 129(A)]

Decided on August 12, 2022

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on August 12, 2022
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., WAVNY TOUSSAINT, DONNA-MARIE E.
GOLIA, JJ

2019-1404 K C

RA Medical Services, P.C., as Assignee of
Saint-Flavin, Farra M., Respondent,
against
Lancer Insurance Co., Appellant. 

Hollander Legal Group, P.C. (Allan S. Hollander of counsel), for appellant.
The Rybak Firm, PLLC (Damin J. Toell of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Robin
Kelly Sheares, J.), entered August 8, 2019. The order denied defendant's motion for summary
judgment dismissing the complaint and granted plaintiff's cross motion for summary
judgment.

ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant
appeals from an order of the Civil Court denying defendant's motion which had sought summary
judgment dismissing the complaint on the ground that plaintiff had failed to appear for duly
scheduled examinations under oath (EUOs) and granting plaintiff's cross motion for summary
judgment.
Contrary to defendant's contention, defendant failed to demonstrate that it was entitled to
summary judgment dismissing the complaint based on plaintiff's failure to appear for EUOs,
since the initial EUO request to plaintiff had been sent more than 30 days after defendant had
received the claims at issue and, therefore, the requests were nullities as to those claims (see Neptune Med. Care, P.C. v Ameriprise
Auto & Home Ins., 48 Misc 3d 139[A], 2015 NY Slip [*2]Op 51220[U] [App Term, 2d Dept, 2d, 11th & 13th Jud Dists
2015]; O & M Med., P.C. v
Travelers Indem. Co., 47 Misc 3d 134[A], 2015 NY Slip Op 50476[U] [App Term, 2d
Dept, 2d, 11th & 13th Jud Dists 2015]). Furthermore, as defendant raises no issue with
respect to plaintiff's establishment of its prima facie entitlement to summary judgment, we do not
pass upon the propriety of the Civil Court's determination with respect thereto.
Accordingly, the order is affirmed.
ALIOTTA, P.J., TOUSSAINT and GOLIA, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: August 12, 2022